IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-02286-MSK-MJW

UNITED STATES OF AMERICA,

      Plaintiff,

v.

$20, 230.00 IN UNITED STATES CURRENCY,

      Defendant.

## ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

IT IS ORDERED that, as to any exhibits and depositions to be used during this case, counsel for the parties shall obtain such exhibits and depositions from the Court within 30 days after any judgment is entered or closure of the case.  Counsel shall retain same for 60 days beyond the later of the time to appeal or conclusion of any appellate proceedings.  Failure to retrieve exhibits and depositions in conformance with this Order may result in their destruction.

Dated this 16th day of November, 2006.

      **BY THE COURT:**

      *Marcia S. Krieger*
      _____
      Marcia S. Krieger
      United States District Judge