IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-02286-MSK-MJW

UNITED STATES OF AMERICA,

Plaintiff(s),

v.

$20,230.00 IN US CURRENCY,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Unopposed Motion to Vacate Order Setting Scheduling/Planning Conference, (DN 13), filed with the Court on March 23, 2007, is GRANTED.  The scheduling conference set on March 28, 2007, at 9:00 a.m., is VACATED and RESET on April 11, 2007, at 8:30 a.m.,, in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse,  901 19th Street, Denver, Colorado.

It is FURTHER ORDERED that no later than 5 days prior to the Scheduling/ Planning Conference, counsel shall submit their proposed Scheduling Order (in PDF format) in compliance with the newly established ECF Filing Procedures.  An additional copy shall be provided to chambers by e-mail (in WordPerfect format and as an attachment to the email) with the subject line proposed "Scheduling Order" to: Watanabe_Chambers@cod.uscourts.gov.

Date:   February 26, 2007