IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02286-MSK-MJW

THE UNITED STATES OF AMERICA,

        Plaintiff,

v.

$20,230.00 IN UNITED STATES CURRENCY,

        Defendant(s).

_____

ORDER VACATING SCHEDULING CONFERENCE
(DN 19)
_____

THIS MATTER having come before the Court on the Unopposed Motion to Vacate Scheduling Conference - Verbal Settlement, and the Court being fully apprised, it is hereby ORDERED that:

1. The Scheduling Conference set for May 11, 2007 at 9:00 a.m., is VACATED; and,

2. The parties shall submit a appropriate Settlement Agreement and Motion for Final Order on or before June 11, 2007.

Dated this 10th Day of May, 2007.

        BY THE COURT:

        s/Michael J Watanabe
        MICHAEL J. WATANABE
        UNITED STATES MAGISTRATE JUDGE